```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                          PENSACOLA DIVISION
IN RE:                                  )
                                        )
GEORGE AND BETTY HOWELL                 )   CASE NO.   09-50017-LMK
                                        )   CHAPTER 7
         Debtor.                        )
_____)
```

REPORT AND NOTICE OF INTENTION
<u>TO SELL PROPERTY OF THE ESTATE</u>

JOHN E. VENN, JR., TRUSTEE, reports that he intends to sell the following property under these terms and conditions:

**1)  Description of Property**: Non-exempt personal property consisting of a promissory note secured by a first mortgage on real property in Andalusia, Alabama.  The current principal balance on the mortgage is $33,512.73. Monthly payments are $488.73.  The interest rate is 6.25% and the final payment is due on August 2, 2018.  This sale also includes all payments received by the trustee after August 1, 2018.

**2)  Manner of Sale:**   Private [X]*      Public [ ]

**3)  Terms of Sale:**  Private sale to John Palumbo for $17,300.00 payable in cash, in full.  All payments shall be made to John E. Venn, Jr., Trustee, 220 W. Garden St., Suite 603, Pensacola, FL 32502.

**4)  Basis for Value**: The trustee solicited offers from several potential purchasers and this was the highest offer received by the trustee.

* (Applicable to private sales only.)  The Trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 10% of the proposed higher purchase price.  Any higher bid must be received by the trustee at the address listed below within fifteen (15) days of the date of mailing of this notice.  Any offers received and any sales of property are subject to compliance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules, United States Bankruptcy Court, Northern District of Florida.

     NOTICE IS GIVEN that all objections to the sale described above shall be in writing and shall be filed with the Clerk Bankruptcy Division, 110 E. Park Ave., Room 100, Tallahassee, FL 32301, within twenty-one (21) days of the date of mailing of this Notice, and a copy of same shall be served on the Trustee.  The objection shall state the reason for the objection and shall include a request for a hearing.  If no objection is filed, the sale will take place.

Dated: 8/2/11                           /s/ John E. Venn, Jr.
                                        JOHN E. VENN, JR.
                                        FL Bar No. 184992
                                        220 W. Garden St., #603
                                        Pensacola, FL 32502
                                        (850) 438-0005
                                        <u>Johnevennjrpa@aol.com</u>

Copies Mailed on: 8/3/11

                                        By /s/ A.M.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-5<br>Case 09-50017-LMK<br>Northern District of Florida<br>Panama City<br>Mon Aug  1 18:57:58 EDT 2011 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Betty Rountree Duffy Howell<br>116 Virginia Avenue<br>Lynn Haven, FL 32444-1206 | George Bert Howell Jr.<br>116 Virginia Avenue<br>Lynn Haven, FL 32444-1206 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Saxon Mortgage Services, Inc.<br>1270 Northland Drive<br>Suite 200<br>Mendota Heights, MN 55120-1176 | Christine D Smallwood Miranda<br>Bonney & Smallwood<br>P.O. Box 737<br>Panama City, FL 32402-0737 | Robert Spielman<br>C/o Bonney & Smallwood, P.A.<br>P.O. Box 737<br>Panama City, FL 32402-0737 |
| The Peoples Bank of Red Level<br>c/o Keith L. Bell, Jr., Esquire<br>Post Office Box 13010<br>Pensacola, FL 32591-3010 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-3227 |
| Charles Wynn<br>Charles M. Wynn Law Office, P.A.<br>P.O. Box 146<br>4436 Clinton Street<br>Marianna, FL 32446-3435 | *AMI Account Managesment Inc<br>PO Box 3287<br>Brentwood, TN 37024-3287 | *Asset Accept<br>Po Box 2036<br>Warren, MI 48090-2036 |
| *Bk Of Amer<br>4060 Ogletown/Stan<br>Newark, DE 19713 | *Chase Na<br>800 Brooksedge Blv<br>Westerville, OH 43081-2822 | *Fia Csna<br>P.O. Box 17054<br>Wilmington, DE 19884-0001 |
| *Frd Motor Cr<br>Pob 542000<br>Omaha, NE 68154-8000 | *Lvnv Funding<br>P.O. B   10584<br>Greenville, SC 29603-0584 | *Medical Account Administrations<br>PO Box 4127<br>Fort Walton Beach, FL 32549-4127 |
| *Nco Fin/22<br>Pob 41448<br>Philadelphia, PA 19101 | *Palisad Coll<br>210 Sylvan Ave<br>Englewood Clif, NJ 07632-2524 | *Robert & Jacqueline Spielman<br>9130 South Dadeland Blvd<br>Miami, FL 33156-7818 |
| *Robert E. & Jacqueline B. Spielman<br>c/o Christine D. Smallwood, Esq.<br>PO box 737<br>Panama City, FL 32402-0737 | *Saxon Mtg<br>Po Box 161489<br>Fort Worth, TX 76161-1489 | *Superior Bnk<br>Operations Center<br>Birmingham, AL 35203 |
| *Unifund Co<br>10751 Montgomery Road<br>Cincinnati, OH 45242-3256 | *West Asset<br>2703 N Highway 75<br>Sherman, TX 75090-2567 | Ar Resources<br>Pob 1056<br>Blue Bell, PA 19422-0287 |

| | | |
|---|---|---|
| Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 | Bay Emergency Physicians<br>Po Box 59515<br>Panama City, Fl 32412-0515 | Bay Medical Center<br>POB 59515<br>Panama City, FL 32412-0515 |
| Bay Pathology Associatio<br>Po Box 15759<br>Panama City, Fl 32406-5759 | Bay Radiology<br>Po Box 1770<br>Panama City, Fl 32402-1770 | Bay Radiology<br>c/o Credit Bureau of Panama City<br>POB 1160<br>Panama City, FL 32402-1160 |
| Bay Radiology Assn. P.A.<br>527 North Palo alto Ave.<br>Panama City, FL 32401-3698 | CCB Community Bank<br>P.O. Box 400<br>Andalusia, AL 36420-1207 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| Cardiology Associates<br>4300 W. Main St. Ste 102<br>Dothan, Al 36305-1306 | Cardiology Associates<br>801 E. 6Th St. Ste 504<br>Panama City, Fl 32401-3665 | Cb Services<br>P.O. Box 4127<br>Fort Walton Be, FL 32549-4127 |
| Cbpanamacity<br>450 Magnolia Av<br>Panama City, FL 32401-3127 | Ccbcommun<br>221 E Three Notch St<br>Andalusia, AL 36420 | Chase Manhatten Bank<br>Chase Card Center Servies<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95476-7503 | Cmi<br>4200 International<br>Carrollton, TX 75007-1930 | Collection<br>Po Box 9134<br>Needham, MA 02494-9134 |
| Collection Bur Ft Walt<br>711 Eglin Pkwy E<br>Fort Walton Beach, FL 32547-2527 | Collection Service D<br>Box 1160 Po<br>Panama City, FL 32402-1160 | Comcast<br>1316 Harrison Ave.<br>Panama City, Fl 32401-2490 |
| Credit Bureau Panama C<br>450 Magnolia Ave<br>Panama City, FL 32401-3176 | Csi<br>Pob 1431<br>Pensacola, FL 32591-1431 | Deutsche Bank National Trust Co.<br>c/o Albertelli Law<br>Attn: Andrew L. Fivecoat<br>600 N Westshore Blvd, Ste 400<br>Tampa, FL 33609-1145 |
| Dr Antonetti, MD<br>6160 Ni Davis Hwy<br>Pensacola, FL 32504 | Dr. Stanley Peters<br>8080 Blue Bonnett Road - Suite 2121<br>Baton Rouge, LA 70810-7830 | Environmental Security<br>8600 S. Burnt Mill Creek Rd.<br>Panama City Beach, FL 32409-1110 |
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | FNBT.COM BANK f/k/a First National Band & Tr<br>P O Drawer 1327<br>Ft Walton Beach FL 32549-1327 | Fnbt Ftwaltn<br>29 Eglin Py<br>Ft Walton Bch, FL 32549 |

| | | |
|---|---|---|
| Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Gemb/Dillard<br>Po Box 981432<br>El Paso, TX 79998-1432 | Gemb/Dillards<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gemb/Jcp<br>Po Box 981402<br>El Paso, TX 79998-1402 | Gulf Coast Hospital<br>449 W 23Rd St<br>Panama City, Fl 32405-4593 | Gulf Coast Hospital<br>449 West 23Rd St<br>Panama City, Fl 32405-4593 |
| Gulf Coast Hospital<br>C/O: NCA Financial<br>3091 Governors Lake Dr. Bldg 110<br>Suite 350<br>Norcross, GA 30071-1100 | Gulf Coast Hospital<br>Po Box 31171<br>Tampa, Fl 33631-3171 | Gulf Coast Medical Center<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Gulf Coast Medical Center<br>c/o HCA Shared Services Orange Park<br>P. O. Box 1629<br>Orange Park, FL 32067-1629 | Gulf Emergency SPecialist<br>NCO Financial<br>3091 Governors Lake Dr. Bldg 100<br>Suite 340<br>Norcross, GA 30071-1100 | Gulf Emergency Specialist<br>Po Box 22646<br>Jackson, MS 39225-2646 |
| Hall Septic Tank Service, Inc.<br>3634 Hwy 231<br>Panama City, FL 32404-9231 | Head & Neck Specialist<br>724 W 19th Street<br>Panama City, FL 32405-4101 | Hlthcare Rcv<br>404-B Jenks Av<br>Panama City, FL 32401-2626 |
| Hospital Corporation of America<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jack B Shumate Md<br>109 Doctors Dr, Ste B<br>Panama City, Fl 32405 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mary Sandra Apostolos<br>POB 2573<br>Kenner, LA 70063-2573 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541-0914 |
| Palisades Collections LLC<br>Vativ Recovery Solutions, LLC<br>As Agent For Palisades Collections LLC<br>P.O. Box 19249<br>Sugar Land, TX 77496-9249 | Panama City Credit Bureau<br>450 Magnolia Avenue<br>Panama City, FL 32401-3176 | Panhandle Anesthesiologi<br>801 E. 6Th St.Suite 205A<br>Panama City, Fl 32401-3652 |
| Panhandle Anesthesiology<br>4400 Bayou Blvd.,Ste 16C<br>Pensacola, Fl 32503-1907 | Progressive Ins. Co.<br>Claims Branch<br>4221 West Boyscout Blvd. Suite 500<br>Tampa, FL 33607-5765 | Progressive Insurance<br>Sally Louis, W12<br>6300 Wilson Mills Rd.<br>Mayfield Village, OH 44143-2109 |
| Progressive Insurance Co.<br>c/o: Credit Collection Services<br>2 Wells Ave.<br>Newton Center, MA 02459-3208 | Robert Spielman and Jacqueline Spielman<br>c/o Christine D. Smallwood Miranda, Esq.<br>Bonney & Smallwood, P.A.<br>P.O. Box 737<br>Panama City, Florida 32402-0737 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |

| | | |
|---|---|---|
| Saxon Mortgage<br>4708 Mercantile Dr<br>Fort Worth, TX 76137-3605 | Southern Orthopedic Specialist<br>1827 Harrison Avenue<br>Panama City, Fl 32405-7605 | The Peoples Bank of Red Level<br>c/o Keith L. Bell,Jr., Esq.<br>POB 13010<br>Pensacola, FL 32591-3010 |
| Transfinanci<br>7922 Picardy<br>Baton Rouge, LA 70809-3535 | United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | John E. Venn Jr.+<br>220 W. Garden Street<br>Suite 603<br>Pensacola, FL 32502-5732 |
| Charles M. Wynn +<br>Charles M. Wynn Law Offices, P.A.<br>P.O. Box 146<br>Marianna, FL 32447-0146 | Keith L. Bell Jr.+<br>Clark, Partington, Hart, et al.<br>P.O. Box 13010<br>Pensacola, FL 32591-3010 | Charles F. Edwards +<br>Office of U.S. Trustee<br>110 East Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |
| Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Andrew L. Fivecoat +<br>Albertelli Law<br>600 North Westshore Boulevard<br>Suite 400<br>Tampa, FL 33609-1145 |
| Christine D. Smallwood +<br>Bonney & Smallwood, P.A.<br>P.O. Box 737<br>Panama City, FL 32402-0737 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
SBSE:SD: Insolvency, Territory 5
400 W Bay St.,Suite 35045
Stop 5730-GRP 4
Jacksonville, FL 32202-4437

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Asset Acceptance LLC | (u)Deutsche Bank National Trust | (u)*Peoples 1st<br>Returned Mail 4-21-09 |
| (u)Bay Bk | (u)Health Care Recovery<br>Returned Mail 7/6/09 | (d)Lvnv Funding<br>P.O. B  10584<br>Greenville, SC 29603-0584 |

| | | |
|---|---|---|
| (u)Nco Fin/33<br>Returned Mail - 341 notice<br>11/16/09 | (d)Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (d)West Asset<br>2703 N Highway 75<br>Sherman, TX 75090-2567 |
| (u)Lewis M. Killian Jr.+ | End of Label Matrix<br>Mailable recipients   102<br>Bypassed recipients    10<br>Total                  112 | |