```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF FLORIDA
                   PANAMA CITY DIVISION
```

IN RE:                                  )
                                        )
GEORGE AND BETTY HOWELL,                ) CASE NO. 09-50017-LMK
                                        ) CHAPTER 7
          Debtor.                       )
_____)

## MOTION FOR ORDER CONFIRMING SALE

JOHN E. VENN, JR., Trustee, hereby files his Motion for Order Confirming Sale and as grounds therefore will show:

1. On August 3, 2011, he served his Report and Notice of Intent to Sell Property of the estate consisting of a promissory note secured by a mortgage on real property in Andalusia, Alabama to John Palumbo for $17,300.00.

2. Equity Trust Company Custodian FBO Abdenour Achab Roth IRA made an offer to purchase the property for $18,000.00.

3. The Trustee requested sealed bids from the potential purchasers and the highest offer received was $20,842.34 from Equity Trust Company Custodian FBO Abdenour Achab Roth IRA. The purchaser will be entitled to a credit for the two (2) payments received by the trustee of $977.46 and the trustee will retain those payments and receive the sum of $19,864.88.

WHEREFORE, the Trustee prays for an Order confirming the sale of the real property to Equity Trust Company Custodian FBO

Abdenour Achab Roth IRA for the sum of $20,842.34, less credits for payments already received by the trustee, and for such other and further relief as is just and proper.

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32502
(850) 438-0005
Johnevennjrpa@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to CHARLES EDWARDS, Office of U.S. Trustee, 110 E. Park Ave., Room 128, Tallahassee, FL 32301, by electronic and/or regular U.S. Mail, this 12th day of September, 2011.

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.