UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GEORGE AND BETTY HOWELL | ) CASE NO. 09-50017-LMK |
| | ) CHAPTER 7 |
| Debtor. | ) |
| _____ | ) |

### ORDER CONFIRMING SALE

THIS CAUSE came before this Court on the Trustee's Motion for Order Confirming Sale and no notice and hearing appearing necessary, and the Court being fully advised in the premises, it is

ORDERED that the Motion is granted and the trustee be, and is hereby, authorized to sell the promissory note secured by a first mortgage on real property in Andalusia, Alabama to Equity Trust Company Custodian FBO Abdenour Achab Roth IRA for the sum of $20,842.34, less the payments already received by the trustee of $977.46, for a total balance due of $19,864.88.

DONE AND ORDERED this 14th day of September, 2011.

_____
LEWIS M. KILLIAN, JR.
Bankruptcy Judge

Copies to:
All creditors and parties in interest

Prepared by:
John E. Venn, Jr.