UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                              )
                                    )
GEORGE AND BETTY HOWELL             )   CASE NO. 09-50017-LMK
                                    )   CHAPTER 7
                Debtor.             )
_____ )

### TRUSTEE'S REPORT OF SALE

JOHN E. VENN, JR., Trustee, hereby files his Report of Sale and states the following:

1.  On September 12, 2011, the Trustee filed his Motion for Order Confirming Sale and on September 14, 2011, this Court entered its Order Confirming Sale.

2.  Accordingly, the Trustee hereby acknowledges the consummation of the sale to the purchaser(s) with any and all appropriate documents having been delivered to the purchaser(s).

3.  The Trustee further acknowledges that the sum of $19,864.88 has been deposited into the estate's account.

                                    /s/ John E. Venn, Jr.    _
                                    JOHN E. VENN, JR.
                                    FL Bar No. 184992
                                    220 W. Garden St.
                                    Suite 603
                                    Pensacola, FL 32502
                                    (850) 438-0005

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to CHARLES EDWARDS, Office of U.S. Trustee, 110 E. Park Ave., Room 128, Tallahassee, FL 32301, by regular U.S. Mail, this 21st day of September, 2011.


/s/ John E. Venn, Jr.
JOHN E. VENN, JR.